**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| DAISY TRUST,<br><br>        Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK NA, *et al.*,<br><br>        Defendants. | 2:13-cv-00966-RCJ-VCF<br><br>**ORDER** |

Before the Court is Plaintiff's Emergency Motion for Protective Order (ECF No. 66).

Plaintiff seeks a protective order pertaining to the Fed. R. Civ. P. 30(b)(6) witness deposition scheduled for July 14, 2016. Plaintiff states that the parties have agreed to move the deposition, scheduled for July 14, 2016, until after the court rules on the instant motion. *Id.*

Accordingly,

IT IS HEREBY ORDERED that any opposition must be filed on or before July 18, 2016 and any reply in support of the motion must be filed on or before July 25, 2016.

DATED this 11th day of July, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE